1              UNITED STATES DISTRICT COURT

2              WESTERN DISTRICT OF NEW YORK

3

4     _____

5     IN RE: FISHER-PRICE ROCK 'N   ) MDL No. 1:19-md-2903

6     PLAY SLEEPER MARKETING, SALES )

7     PRACTICES, AND PRODUCTS         ) This Document

8     LIABILITY LITIGATION,           ) Relates to ALL CASES

9     _____)

10

11

12

13    VIDEOTAPED DEPOSITION OF J. MICHAEL DENNIS, Ph.D.

14                Redwood City, California

15              Thursday, November 4, 2021

16                    Volume I

17

18

19

20    Reported by:

21    CATHERINE A. RYAN, RMR, CRR

22    CSR No. 8239

23    Job No. 4846748

24

25    PAGES 1 - 370

                                              Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              WESTERN DISTRICT OF NEW YORK

 3

 4     _____

 5     IN RE: FISHER-PRICE ROCK 'N   ) MDL No. 1:19-md-2903

 6     PLAY SLEEPER MARKETING, SALES )

 7     PRACTICES, AND PRODUCTS       ) This Document

 8     LIABILITY LITIGATION,         ) Relates to ALL CASES

 9     _____)

10

11

12              Videotaped deposition of J.

13     MICHAEL DENNIS, Ph.D., Volume I, taken on behalf of

14     Defendant, at Goodwin Procter, LLP, 601 Marshall

15     Street, Redwood City, California, beginning at

16     9:06 a.m. and ending at 6:44 p.m., on Thursday,

17     November 4, 2021, before CATHERINE A. RYAN,

18     Certified Shorthand Reporter No. 8239.

19

20

21

22

23

24

25
                                                    Page 2
```

```
1              J. MICHAEL DENNIS, Ph.D.,              09:07:11
2    having been administered an oath, was examined and
3    testified as follows:
4
5              THE VIDEOGRAPHER:  Thank you.          09:07:12
6              You may proceed.
7
8                        EXAMINATION
9    BY MR. KANNY:
10        Q    Could you please state your full name for    09:07:13
11   the record and spell it too, please.
12        A    My first name is John, J-o-h-n, middle
13   name Michael, M-i-c-h-a-e-1, and last name Dennis,
14   D, as in "David," e-n-n-i-s.
15        Q    What is your date of birth?             09:07:29
16        A    April 22nd, 1962.
17        Q    Where do you currently reside?
18        A    In East Palo Alto.
19        Q    Could you provide your address for the
20   record, please?                                  09:07:39
21        A    Yes.  It is 2238 Lincoln Street --
22   "Lincoln" like our president -- East Palo Alto,
23   California.
24        Q    Dr. Dennis, we met off the record.  Let me
25   just introduce myself for the record.            09:07:54
```

Page 8

```
 1    entire side of the packaging that's depicted in        16:24:32
 2    Mr. Kivetz's report?
 3         A    They would see the thumbnail.  So the
 4    thumbnail gets blown up to fill up the screen.
 5         Q    Right.                                        16:24:42
 6              And if you look at page 10 of your report,
 7    that would be thumbnail 2 -- page 10 of
 8    Attachment B.  I apologize.
 9         A    Yeah, I -- I trust you, Counsel.  My -- I
10    have a mess in front of me --                           16:24:58
11         Q    That's fine.
12         A    -- of paperwork.
13         Q    I can represent to you that the thumbnail
14    that's thumbnail 2 that we were talking about is
15    just a blowup of that, and same with thumbnail 3.       16:25:06
16              So you didn't show them the complete
17    product packaging; you made a judgment call that you
18    didn't want to include that other picture and the
19    other advertising claim on the bottom of it?
20         A    That's basically right.  I thought the        16:25:21
21    user experience was going to get very cluttered with
22    all these thumbnails.
23         Q    Okay.  But --
24         A    And the focus, of course, is on the front
25    packaging so that the front packaging panel was         16:25:30
```

Page 271

| | | |
|---|---|---|
| 1 | shown to all the respondents, and they had the | 16:25:34 |
| 2 | opportunity to learn about the product that way, | |
| 3 | and -- and they saw the key information on the back | |
| 4 | panel.  That's where a lot of the remaining real | |
| 5 | estate is to be shown the respondents.  I showed | 16:25:49 |
| 6 | them that. | |
| 7 | And then after that, in terms of the | |
| 8 | panels I left out, it was largely the same | |
| 9 | messaging.  It's the product name, about the Rock 'N | |
| 10 | Play Sleeper.  It's the Fisher-Price branding that's | 16:26:02 |
| 11 | being used again.  So I made a tradeoff.  I thought | |
| 12 | I could have a better user experience not to have so | |
| 13 | many images thrown at them. | |
| 14 | Q    Okay.  I appreciate that explanation, but | |
| 15 | I just want to get the facts right now. | 16:26:19 |
| 16 | The thumbnail 3, where is that on the | |
| 17 | product packaging? | |
| 18 | A    You can see it on page 39 of Dr. Kivetz's | |
| 19 | report.  It's the upper center. | |
| 20 | Q    So it's the middle of the side of the | 16:26:36 |
| 21 | packaging? | |
| 22 | A    That's right. | |
| 23 | Q    Okay.  And you chose to not show the | |
| 24 | consumer the picture of the wake baby looking | |
| 25 | directly at you playing with a toy sitting in the | 16:26:52 |

Page 272

```
1    Rock 'N Play; is that correct?                    16:26:55

2        A    Well, this is the control product we're

3    looking at here on page 39, but I show them the

4    sleeping baby on the front panel.

5        Q    Yeah, I -- I -- I understand that, and    16:27:05

6    that's on page 8 where that's the front of the

7    product.

8        A    (Witness nods head.)

9        Q    What I'm asking you is:  You chose only to

10   include the Fisher-Price in thumbnail 3 -- the     16:27:14

11   Fisher-Price logo, but not the photo that takes up a

12   third of the package of the baby awake, staring at

13   you, sitting in the Rock 'N Play Sleeper playing

14   with a toy?

15           MR. EVANS:  Objection.  Mischaracterizes    16:27:38

16   the document.

17           THE WITNESS:  Counsel, why do you say "a

18   third of the package"?

19   BY MR. KANNY:

20       Q    If you look at page 39, and on the top of  16:27:44

21   the photo that's depicted, there is the side of the

22   panel.

23           Would you agree with that?

24           MR. EVANS:  Objection.  Mischaracterizes

25   document.                                           16:28:04
```

Page 273

```
1              THE WITNESS:  Are you talking about the        16:28:04
2    upper left-hand corner?
3              MR. KANNY:  No.  I'm talking, right now,
4    of the entire top of the photo that depicts the
5    product package, and it looks like a piece that is      16:28:17
6    folded down.  Then there's a picture of a baby.
7    Then there's a picture of the Fisher-Price logo and
8    then another photo of a mom awake, lying in bed,
9    watching the baby.
10        Q    And you agree with me that the wake baby,      16:28:34
11   the logo, and the mother sitting awake, looking at
12   the baby, would be the top panel -- would be the
13   side of the --
14        A    Okay.  I'm following you --
15        Q    -- package?                                    16:28:47
16        A    -- now, Counsel.
17        Q    Does that -- is that accurate, how I --
18        A    It is.  I mean, I don't think that's a
19   third.
20        Q    Okay.  Well, it's -- between the two           16:28:52
21   photos, it's more than half of the box.
22             MR. EVANS:  Objection.  Mischaracterizes
23   the document.
24             THE WITNESS:  More than -- it's not more
25   than half of the box.                                   16:29:00
```

Page 274

```
1              MR. KANNY:  Strike that.                16:29:01

2         Q    It's more than half of the side panel that

3    you did not show?

4         A    So it's more than half of a third; is that

5    what you're saying?                                16:29:08

6         Q    No.

7              I'm saying, for the top -- so you

8    didn't -- you didn't -- you're -- you're only

9    showing four sides; you're not showing six sides.

10             You've chosen what you wanted to show, and 16:29:19

11   what I'm trying to say is that the pan- -- the

12   sides -- you showed one of the -- in thumbnail 2,

13   you showed part of the top and bottom, and you cut

14   out a photo and some additional advertising that was

15   contained there.                                   16:29:35

16             On this side -- the two sides of it you

17   didn't show, other than in the middle of the top

18   side that's depicted on page 39, is the Fisher-Price

19   logo.  You decided -- and -- and on that top side of

20   the -- of the box is two photos.                   16:29:53

21             Those two photos are, would you say, more

22   than half of that packaging?

23             MR. EVANS:  Objection.

24             THE WITNESS:  No.

25             MR. EVANS:  Mischaracterizes the document. 16:30:04
```

Page 275

```
 1    BY MR. KANNY:                                      16:30:05

 2         Q    Half of the packaging of the side?

 3              MR. EVANS:  Same objection.

 4              MR. KANNY:  Counsel, this is hard enough

 5    to explain without trying to interrupt here, so --  16:30:12

 6              MR. EVANS:  I'm not trying to interrupt.

 7    BY MR. KANNY:

 8         Q    The -- I realize that the side is only

 9    part of the box, but on the part of the box that is

10    the side, would you agree with me that the photos   16:30:26

11    make up more than 50 percent of the side panel?

12         A    I -- actually, I -- I'm having a hard time

13    following you.

14              I mean, I'm looking -- I included the

15    entire front panel.  So when you see -- and this is  16:30:41

16    very hard to do with us sitting, you know, so far

17    apart.

18         Q    I'm not talking about the front panel.

19         A    I understand, but the -- the way you're

20    talking, it sounds like you were.                    16:30:50

21              So the front panel includes this picture

22    of the mother and the child and the inclined "all

23    night long" language.  That's part of the front

24    panel.

25         Q    Understood.                                16:31:05

                                                    Page 276
```

```
1        A    You agree?                              16:31:05

2        Q    Yes.

3        A    Okay.  So I don't include the baby photo

4   that's on top of that.

5        Q    That's the side panel; would you agree  16:31:09

6   with that?  That gets folded down, and that becomes

7   the side panel.

8        A    I guess it does.

9             I don't include that or the picture that's

10  immediately below the inclined "all night long."    16:31:19

11       Q    Why did you take the -- why -- so let me

12  ask the first question.

13       A    Mm-hmm.

14       Q    Whether it's on the side or whether it's

15  on the face of the product packaging, why would you  16:31:33

16  take out a photo of a wake baby playing with a toy

17  staring directly at -- at you?

18       A    I made a -- I made a judgment call.

19       Q    What was the --

20       A    I showed them --                          16:31:49

21       Q    What was the basis --

22       A    So --

23       Q    -- of your judgment call to remove an

24  awake baby playing with a toy --

25       A    Well, again --                            16:31:54
```

Page 277

Veritext Legal Solutions

```
1          Q    -- when you were doing your consumer --    16:31:54

2          A    -- I'm not showing -- I would never show

3     the control product.  I don't know why you keep

4     saying that.

5          Q    This -- this is -- this is the test         16:32:00

6     product.

7          A    It is the test product?

8          Q    Yes.

9          A    Okay.  Look, what I did here is a consumer

10    perception survey where the respondents needed to     16:32:08

11    look at the front panel.  And I prioritized that

12    because that is the primary messaging from a

13    consumer experience.  The front panels and -- you

14    know, there's literature on this.  Front panels have

15    a disproportionate impact --                           16:32:34

16         Q    You have never seen --

17         A    -- on purchasing behavior.

18         Q    -- a -- a product display for a Rock 'N

19    Play Sleeper that you can recall as you sit here?

20         A    I don't have to.  Every -- anybody that      16:32:45

21    does consumer market research knows the front of

22    panels of products make a disproportionate impact on

23    consumers.

24         Q    Let me ask the question again.

25              You've never seen a product display for a    16:32:55
```

Page 278

```
1    in someplace on it; you put it again in bold, in all    17:55:57
2    caps right up front for them, front and center, to
3    see, correct?
4         A    I did.  That's right.
5         Q    And in the -- as we talked about earlier,    17:56:07
6    in trying to create the environment of how
7    somebody -- the purchasing environment of how
8    somebody -- you said surveys are supposed to try to
9    simulate.
10             Would a disclaimer ever be shown twice, in    17:56:19
11   all cap, bold, outside the context of the box and in
12   front and center so that everybody would see exactly
13   what you're wanting it to see -- what you're wanting
14   them to see in the manner that you've done it in the
15   real world?                                              17:56:36
16             MR. EVANS:  Objection.  Argumentative.
17   Misstates report.  Misstates testimony.
18             THE WITNESS:  From a survey perspective,
19   what I've done here is perfectly legitimate.  I'm
20   providing additional information.  This is a             17:56:47
21   hypothetical that's being put in front of the
22   respondent, and I'm giving them this scenario now
23   where there's additional information that led to
24   this disclosure, and then I'm asking them about
25   their purchase likelihood.                               17:56:59
```

Page 330

```
1              There -- there's nothing untoward or         17:57:01
2    irregular about providing this information.  This is
3    an intervention in the way that I inserted this
4    disclosure into this survey process.
5    BY MR. KANNY:                                          17:57:15
6         Q    Okay.  Well, that's -- we can agree to
7    disagree on that too.
8              But you put product packaging on it.  It's
9    one thing if the survey just had words, right?  If
10   the survey just said:  Okay.  Here's a bunch of        17:57:26
11   product attributes, and now here's a disclaimer, and
12   the words of the disclaimer are separately, but you
13   actually included the product box for somebody to
14   look at so you can simulate what it's like in the
15   real world, but then you decided not to use a          17:57:40
16   disclosure on a box as if that would occur in the --
17   in the real world.  Instead, you separated the text
18   out so that they had to see it in the manner you
19   wanted them to see it.
20             Would that be a fair understanding of how    17:57:53
21   this looks?
22        A    Yeah.  This is exactly the way I wanted it
23   to be.
24        Q    Okay.  You compare the Rock 'N Play to
25   cigarettes?                                            17:58:10

                                                    Page 331
```

```
1              I, J. MICHAEL DENNIS, Ph.D., do hereby
2    declare under penalty of perjury that I have read
3    the foregoing transcript; that I have made any
4    corrections as appear noted, in ink, initialed by
5    me, or attached hereto; that my testimony as
6    contained herein, as corrected, is true and correct.
7                      EXECUTED this 13th day of DECEMBER,
8                      2021, at E. PALO ALTO, CALIFORNIA.
9              (City)                (State)
10
11
12
13    _____
14              J. MICHAEL DENNIS, Ph.D.
15                   VOLUME I
16
17
18
19
20
21
22
23
24
25
                                            Page 369
```

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:

4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were administered an oath; that
8    a record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing is a true
11    record of the testimony given.

12    Further, that if the foregoing pertains to the
13    original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [ X ] was [  ] was not requested.

16    I further certify that I am neither
17    financially interested in the action nor a relative
18    or employee of any attorney or any party to this
19    action.

20    IN WITNESS WHEREOF, I have this date
21    subscribed my name this 11th day of November, 2021.

22

23    Catherine A. Ryan

24    Catherine A. Ryan, RMR, CRR
25    CSR No. 8239

Page 370

## ERRATA SHEET

Re: Deposition of J. Michael Dennis, Ph.D., taken on November 4, 2021
Case: In re: Fisher-Price Rock 'N Play Sleeper Marketing

| Page | Line | |
|------|------|---|
| 55 | 17 | Change: replace "prevalent" with "prevalence" |
| | | Reason: Typo |
| 144 | 4 | Change: replace "approached" with "approach" |
| | | Reason: Typo |
| 184 | 23 | Change: replace "mind me" with "my mind" |
| | | Reason: |
| 194 | 1 | Change: replace "affect" with "effect" |
| | | Reason: Typo |
| 196 | 11 | Change: replace "affected" with "effective" |
| | | Reason: Typo |
| 215 | 5 | Change: replace "define" with "defy" |
| | | Reason: Typo |
| 215 | 6 | Change: replace "defined" with "defied" |
| | | Reason: Typo |
| 218 | 6 | Change: replace "designer" with "design" |
| | | Reason: Typo |
| 319 | 19 | Change: replace "frontal" with "front" |
| | | Reason: Typo |
| 325 | 9 | Change: replace "exclaimers" with "disclaimers" |
| | | Reason: Typo |

__X__ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made. I certify that the transcript is true and correct.

December 13, 2021